IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB, | No. C 10-02377 CW (PR) |
|     Petitioner, | ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |
|   v. | |
| VINCENT CULLEN, Acting Warden, | |
|     Respondent. | |

This matter is now before the Court for consideration of Petitioner's motion for leave to proceed in forma pauperis on appeal. Petitioner's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 -- challenging as a violation of his constitutional rights the 2009 denial of parole by the California Board of Parole Hearings -- was denied on its merits, and a certificate of appealability was denied in the same Order. Petitioner has filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal. The certificate of appealability was denied because the Court found that "it cannot be said that 'reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" (Feb. 7, 2011 Order at 3 (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).) For the same reason, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed in forma pauperis on appeal is DENIED. See 28 U.S.C. § 1915(a)(3).

This Order terminates Docket no. 15.

IT IS SO ORDERED.

Dated: 3/31/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LIEBB,

         Plaintiff,

  v.

VINCENT CULLEN et al,

         Defendant.

Case Number: CV10-02377 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Liebb
C-60825
San Quentin State Prison
San Quentin, CA 94974

Dated: March 31, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2